IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINCENT E. MCGRIFF,
    Plaintiff,

vs.                                             3:07cv85/RV/MD

OFFICER C.L. HALL and
SERGEANT R.A. COWAN,
    Defendants.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 28, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The defendants' motion for summary judgment (doc. 21) is DENIED and this case is referred to the undersigned for further proceedings.

At Pensacola, Florida, this 28th day of March, 2008.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE