**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**VINCENT McGRIFF,**
   **Plaintiff,**
**v.**                **Case No.: 3:07cv85/RV/MD**

**OFFICER C.L.HALL and
SGT. R.A. COWAN,**
   **Defendants.**

---

# O R D E R

Attorney James Vernon Cook[1] has filed a notice of appearance on behalf of the previously unrepresented plaintiff. Henceforth all pleadings and electronic notifications should be served on counsel, not the plaintiff, and plaintiff is advised that Mr. Cook is solely responsible for filing documents, pleadings and motions on his behalf.

The plaintiff's pre-trial narrative was filed on May 8, 2008, while plaintiff was proceeding pro se. Defendant's pre-trial narrative was to be filed on June 7, 2008. This deadline will be suspended until further notice in light of the appearance of counsel.

The parties will be contacted by the chambers of the undersigned to set a scheduling conference. One of the matters that the parties may wish to consider in advance of this conference is the issue of magistrate judge jurisdiction. The clerk will be directed to forward to counsel for the plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If plaintiff wishes to consent, counsel should sign

---

[1] Mr. Cook can be contacted at James V. Cook, P.A., 314 W. Jefferson St., P.O. Box 10021, Tallahassee, FL 32301-1608; 850-222-8080.

the form and forward it to counsel for the defendants.  If defendants wish to consent, the form should be signed and returned to the Clerk.

Accordingly it is ORDERED:

The deadline for the filing of defendants' pre-trial narrative is suspended.

The clerk is directed to send to counsel for the plaintiff a form for consenting to magistrate judge jurisdiction with this case number written on it.

DONE AND ORDERED this 26th day of June, 2008.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**