IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VINCENT McGRIFF,**
        **Plaintiff,**
v.                                              **Case No.: 3:07cv85/RV/MD**

**OFFICER C.L.HALL and**
**SGT. R.A. COWAN,**
        **Defendants.**

---

## O R D E R

      This cause came before the court upon a telephonic scheduling conference held on July 22, 2008.  The parties, through counsel, indicated that a 90 day period of discovery was mutually agreeable.  They also indicated that no further dispositive motions would be filed.  Therefore, upon completion of this discovery period, the undersigned will either enter a pre-trial scheduling order or refer the case to the presiding district judge for further proceedings and trial.  The defendants also requested the opportunity to file an answer.

      Accordingly, it is ORDERED:

Defendants' answer shall be filed on or before July 29, 2008.

      The parties shall have 90 days from the date of this order to conduct and complete discovery.  The clerk shall refer this file to the undersigned upon completion of the discovery period.

      DONE AND ORDERED this 23rd day of July, 2008.


                        /s/ *Miles Davis*
                        **MILES DAVIS**
                        **UNITED STATES MAGISTRATE JUDGE**