UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VINCENT McGRIFF, #096584.**

        Plaintiff,

-vs-                                  CASE NO. 3:07CV85/RV/MD

**C. L. HALL and R. A. COWAN,**

        Defendants.
_____/

**MOTION TO QUASH SUBPOENA IN A CIVIL CASE**

Comes now Santa Rosa Correctional Institution custodian of the records (a non-party in this action), appearing specially through undersigned counsel, and does hereby move to quash the subpoena issued November 10, 2008 and served on November 13, 2008 at Santa Rosa Correctional Institution, and requiring appearance and production of specified documents at Plaintiff's counsel's law office in Tallahassee, Florida on November 20, 2008.  The grounds for said motion are demonstrated below:

**MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO QUASH**

1.       The subpoena commands the appearance of a resident of Santa Rosa County, Florida at Plaintiff's counsel's law office in Tallahassee, Florida, but was not accompanied by the witness fee and mileage allowed by law, contrary to the requirements of Rule 45(b), Fed.R.Civ.P.

2.       Said subpoena furthermore violates the prohibition against undue burden or expense contained in Rule 45(c)(1) and 45(c)(3)(A)(ii), (iv) by requiring the custodian/deponent, ". . .a person who is not a party or an officer of a party to travel to a place more than 100 miles

from the place where that person resides, is employed or regularly transacts business in person . . .".

     3.     Said subpoena is furthermore unduly burdensome insofar as items #10, #11, and #12 contained in Exhibit "A" thereof encompass numerous documents ("complete operating procedures" and "audits") not related to the issues of the subject litigation.  In the event these objections are not sustained on the basis of the arguments made above, the purported deponent (custodian of records) requests that Plaintiff be required to rephrase items #10, #11 and #12 more narrowly to encompass only documents relevant to this litigation.

     4.     Finally, the deponent/custodian notes that the documents requested in items #17 and #18 of Exhibit "A" have already been produced for Plaintiff's inspection.

Accordingly, for the foregoing reasons, the Santa Rosa Correctional Institution's records custodian appearing specially herein respectfully moves to quash the "subpoena in a civil case" served upon him herein.

Respectfully submitted,

BILL McCOLLUM
ATTORNEY GENERAL

/s/ Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301

/s/ Lance Eric Neff
Assistant Attorney General
Florida Bar No. 0026626

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to James V. Cook, Esquire, Law Office of James Cook, P.O. Box 10021, Tallahassee, Florida 32302, and electronically at cookjv@nettally.com, on this __18th__ day of November 2008.


    /s/ Joe Belitzky
    Attorney